Same case below, 398 Fed. Appx. 862.

**No. 10-9147. Homer Larios, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1801, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2488.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 403 Fed. Appx. 437.

**No. 10-9156. Christopher Michael Brown, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1801, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2436.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 994.

**No. 10-9163. John Doe, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1802, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2472.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9164. Jose Oseguera Rodriguez, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1802, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2544.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 727.

**No. 10-9166. Paul E. Podhorn, Jr., Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1802, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2540.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 406 Fed. Appx. 42.

**No. 10-9171. Marcus Treveill Smith, Petitioner v. United States.**

563 U.S. 911, 131 S. Ct. 1802, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2477.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9173. Reginald L. Blount, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1802, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2557.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 401 Fed. Appx. 132.

**No. 10-9174. Santos Borboa, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1802, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2552.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.